347 A.2d 483

COMMONWEALTH of Pennsylvania, Appellee,

v.

John Wayne MATTHEWS, Appellant.

Supreme Court of Pennsylvania.

Nov. 26, 1975.

———◆———

Chris Vlachos, Canonsburg, R. L. Johnson, Houston, for appellant.

Jess D. Costa, Dist. Atty., John F. Bell, 1st Asst. Dist. Atty., Washington, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

The Court being equally divided the Judgment is affirmed.

ROBERTS, NIX and MANDERINO, JJ., would reverse the judgment and order a new trial.

JONES, C. J., did not participate in the consideration or decision of this case.